UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 20039
    VILIJA ALHREISH
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-6431

---------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------
    The case was filed on 05/24/2004 and was confirmed 07/19/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  14.00%.

    The case was paid in full 03/25/2008.
---------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BANK ONE WISCONSIN~ | SECURED | 700.00 | 101.92 | 700.00 |
| US BANK NA | CURRENT MORTG | .00 | .00 | .00 |
| US BANK NA | MORTGAGE ARRE | 7164.11 | .00 | 7164.11 |
| ILLINOIS DEPT OF REVENUE | PRIORITY | 155.03 | .00 | 155.03 |
| INTERNAL REVENUE SERVICE | PRIORITY | 928.66 | .00 | 928.66 |
| AT&T WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1351.32 | .00 | 189.21 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| HRS | UNSECURED | NOT FILED | .00 | .00 |
| PALOS COMMUNITY HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| RADIOLOGY & NUCLEAR CONS | UNSECURED | NOT FILED | .00 | .00 |
| SHELL MASTERCARD | UNSECURED | NOT FILED | .00 | .00 |
| TCF BANK | UNSECURED | NOT FILED | .00 | .00 |
| BANK ONE | UNSECURED | 1545.40 | .00 | 216.39 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1013.07 | .00 | 141.85 |
| ECAST SETTLEMENT CORP | UNSECURED | 3150.54 | .00 | 441.14 |
| RESURGENT CAPTIAL SERVIC | UNSECURED | 2446.92 | .00 | 342.62 |
| ILLINOIS DEPT OF REVENUE | UNSECURED | 22.35 | .00 | 3.13 |
| US BANK NA | COST OF COLLE | 550.00 | .00 | 550.00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 97.53 | .00 | 13.66 |
| THOMAS M BRITT | DEBTOR ATTY | 1,100.00 | | 1,100.00 |
| TOM VAUGHN | TRUSTEE | | | 712.28 |
| DEBTOR REFUND | REFUND | | | .00 |

    Summary of Receipts and Disbursements:
---------------------------------------------------------------------

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 12,760.00 | |
| PRIORITY | | 1,083.69 |
| SECURED | | 8,414.11 |

            PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 20039 VILIJA ALHREISH

```
        INTEREST                                    101.92
UNSECURED                                         1,348.00
ADMINISTRATIVE                                    1,100.00
TRUSTEE COMPENSATION                                712.28
DEBTOR REFUND                                          .00
                        ---------------    ---------------
TOTALS                        12,760.00         12,760.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 06/26/08                 /s/ Tom Vaughn
                                _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE